Karyn M. Taylor, Esq.
Nevada Bar No. 6142
LITTLER MENDELSON, P.C.
5470 Kietzke Lane
Suite 300
Reno, Nevada 89511
Telephone:   775.348.4888
Facsimile:    775.786.0127
kmtaylor@littler.com

Shannon Chao, Esq.
Nevada Bar No. 16821
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
schao@littler.com

Attorneys for Defendant
CORECIVIC OF TENNESSEE, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADEN PAQUETTE, an individual,<br><br>                 Plaintiff,<br><br>        v.<br><br>CORECIVIC OF TENNESSEE, LLC, a Tennessee limited liability company,<br><br>                 Defendant. | Case No. 2:26-cv-01929-ART-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES**<br><br>**(FIRST REQUEST)** |

Plaintiff BRADEN PAQUETTE ("Plaintiff") by and through his attorneys of record, Jemma E. Dunn, Esq.; Matthew T. Hale, Esq.; and Jorge "Coco" Padilla, Esq., of Greenberg Gross, LLP; and Defendant CORECIVIC OF TENNESSEE, LLC ("Defendant"), by and through its attorneys of record, Karyn M. Taylor, Esq., and Shannon Chao, Esq., of Littler Mendelson, P.C., hereby stipulate to extend the time for Defendant to respond to Plaintiff's Complaint up to and including **August 12, 2026.**

LITTLER
MENDELSON, P.C.
200 S. Virginia St,
8th Floor
Reno, Nevada
89501.1944
775.348.4888

This extension is necessary because Defense counsel was just recently retained, and this additional time would provide adequate time for Defense counsel to become familiar with the allegations in the Complaint and to prepare a response.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: July 10, 2026

GREENBERG GROSS, LLP

_/s/ Coco Padilla_____
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Jorge "Coco" Padilla, Esq.

Attorneys for Plaintiff
BRADEN PAQUETTE

Dated:  July 10, 2026

LITTLER MENDELSON, P.C.

_/s/ Shannon Chao_____
Karyn M. Taylor, Esq.
Shannon Chao, Esq.

Attorneys for Defendant
CORECIVIC OF TENNESSEE, LLC

**IT IS SO ORDERED.**

Dated: ___7/14/2026_____

_____
DAIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
200 S. Virginia St,
8th Floor
Reno, Nevada
89501.1944
775.348.4888